# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 09-000313-CJC(RNBx) | Date | July 13, 2009 |
| Title | Jackie Tan v. Wells Fargo Bank, et al | | |

| Present: The Honorable | CORMAC J. CARNEY,  UNITED STATES DISTRICT JUDGE |
|---|---|

| Michelle Urie | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

On April 22, 2009, the Court issued a Minute Order granting Defendants' motion to dismiss with leave to amend. Plaintiff was given twenty days leave to amend from the date of the minute order. As of today's date no amended complaint has been filed. The Court hereby ORDERS plaintiff, to show cause in writing no later than **July 27, 2009** why this action should not be dismissed for lack of prosecution. As an alternative to a written response by plaintiff, the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

XX     First Amended Complaint
XX     Notice of Voluntary Dismissal

No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff is due.

| | : | 0 |
|---|---|---|
| Initials of Preparer | mu | |